# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| In re:<br><br>    Glen Richard Miller<br>    Pammy Mae Miller<br>            Debtor(s) | Case No. 16-33493 |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

John G. Jansing, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/09/2016.

2) The plan was confirmed on 02/09/2017.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 11/15/2021.

6) Number of months from filing or conversion to last payment: 60.

7) Number of months case was pending: 67.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $129,930.81.

10) Amount of unsecured claims discharged without full payment: $81,726.69.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $17,012.38 |
| Less amount refunded to debtor | $846.73 |

**NET RECEIPTS:**  $16,165.65

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,175.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,205.88 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:**  $3,380.88

Attorney fees paid and disclosed by debtor:   $1,325.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Bank of America | Unsecured | 2,684.00 | NA | NA | 0.00 | 0.00 |
| Bank of America | Unsecured | 2,541.00 | NA | NA | 0.00 | 0.00 |
| Belden Jewelers/Sterling Jewelers, Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Belden Jewelers/Sterling Jewelers, Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Belden Jewelers/Sterling Jewelers, Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 136.00 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Capital One NA | Unsecured | 190.00 | 217.77 | 217.77 | 51.15 | 0.00 |
| Capital One/Best Buy | Unsecured | 3,261.00 | NA | NA | 0.00 | 0.00 |
| Chase Card | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| Chase Card | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chase Card | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CitiBank | Unsecured | 5,319.00 | NA | NA | 0.00 | 0.00 |
| Citibank Sears | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Comenity Bank/TSA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Comenity Bank/Victoria Secret | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Comenity Capital Bank/HSN | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Comenity Capital/HSNMC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Credit First/CFNA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Credit First/CFNA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DAVID T BRADY | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| DISCOVER BANK | Unsecured | 10,251.00 | 10,251.94 | 10,251.94 | 2,408.18 | 0.00 |
| Discover Financial | Unsecured | 699.00 | NA | NA | 0.00 | 0.00 |
| EdFinancial Services, Llc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| EdFinancial Services, Llc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| EdFinancial Services, Llc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| EdFinancial Services, Llc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| EdFinancial Services, Llc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| EdFinancial Services, Llc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| EdFinancial Services, Llc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Elan Financial Service | Unsecured | 1,733.00 | NA | NA | 0.00 | 0.00 |
| Emergency Medicine Specialist | Unsecured | 56.00 | NA | NA | 0.00 | 0.00 |
| Fed Loan Servicing | Unsecured | 1,262.00 | NA | NA | 0.00 | 0.00 |
| Fed Loan Servicing | Unsecured | 1,138.00 | NA | NA | 0.00 | 0.00 |
| Fed Loan Servicing | Unsecured | 1,030.00 | NA | NA | 0.00 | 0.00 |
| Fed Loan Servicing | Unsecured | 695.00 | NA | NA | 0.00 | 0.00 |
| Fed Loan Servicing | Unsecured | 538.00 | NA | NA | 0.00 | 0.00 |
| Fed Loan Servicing | Unsecured | 538.00 | NA | NA | 0.00 | 0.00 |
| FIFTH THIRD BANK | Unsecured | 2,102.00 | 2,102.51 | 2,102.51 | 493.88 | 0.00 |
| FOR TRUSTEE USE ONLY | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Grandview Hospital | Unsecured | 227.00 | NA | NA | 0.00 | 0.00 |
| Honey Creek Urgent Care | Unsecured | 16.00 | NA | NA | 0.00 | 0.00 |
| JOHN R BADGER | Priority | NA | NA | NA | 0.00 | 0.00 |
| Kettering Health Network | Unsecured | 1,711.00 | 1,994.30 | 1,994.30 | 468.46 | 0.00 |
| Kettering Network Radiologist | Unsecured | 28.00 | NA | NA | 0.00 | 0.00 |
| Kettering Physician Network | Unsecured | 27.00 | NA | NA | 0.00 | 0.00 |
| Kohl's Department Store | Unsecured | 191.00 | NA | NA | 0.00 | 0.00 |
| K-S Nuclear Inc. | Unsecured | 13.00 | NA | NA | 0.00 | 0.00 |
| LVNV Funding LLC | Unsecured | 2,344.00 | 2,344.97 | 2,344.97 | 550.83 | 0.00 |
| Midland Funding LLC | Unsecured | 7,598.00 | 6,013.32 | 6,013.32 | 1,412.53 | 0.00 |
| Midland Funding LLC | Unsecured | 8,439.00 | 9,582.60 | 9,582.60 | 2,250.95 | 0.00 |
| Midland Funding LLC | Unsecured | 226.00 | 226.76 | 226.76 | 53.27 | 0.00 |
| Midland Funding LLC | Unsecured | 6,008.00 | 6,081.08 | 6,081.08 | 1,428.45 | 0.00 |
| MYCUMORTGAGE LLC | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| MYCUMORTGAGE LLC | Secured | 79,985.00 | 79,153.86 | 0.00 | 0.00 | 0.00 |
| Nuwave Kitchen Product | Unsecured | 37.00 | NA | NA | 0.00 | 0.00 |
| Ohio Valley Surgical Hospital | Unsecured | 21.00 | NA | NA | 0.00 | 0.00 |
| Osterman Jewelers | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Osterman Jewelers | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery | Unsecured | 3,689.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates LLC | Unsecured | 3,689.00 | 3,689.10 | 3,689.10 | 866.57 | 0.00 |
| Portfolio Recovery Associates LLC | Unsecured | 3,355.00 | 3,391.48 | 3,391.48 | 796.66 | 0.00 |
| Publishers Clearing House | Unsecured | 110.00 | NA | NA | 0.00 | 0.00 |
| Quantum3 Group LLC | Unsecured | 986.00 | 1,035.94 | 1,035.94 | 243.34 | 0.00 |
| QVC Inc. Easy Pay | Unsecured | 78.00 | NA | NA | 0.00 | 0.00 |
| SECURITY NATIONAL BANK & TRUST | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCB/Home Design | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Synchrony Bank / HH Gregg | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Synchrony Bank/ JC Penneys | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Synchrony Bank/Amazon | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Synchrony Bank/Care Credit | Unsecured | 526.00 | NA | NA | 0.00 | 0.00 |
| Synchrony Bank/Care Credit | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Synchrony Bank/Care Credit | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Synchrony Bank/Gap | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Synchrony Bank/PayPal Credit | Unsecured | 2,488.00 | NA | NA | 0.00 | 0.00 |
| Synchrony Bank/Sams | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Synchrony Bank/ShopNBC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Synchrony Bank/ShopNBC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Synchrony Bank/Walmart | Unsecured | 5,329.00 | NA | NA | 0.00 | 0.00 |
| Synchrony Bank/Walmart | Unsecured | 4,975.00 | NA | NA | 0.00 | 0.00 |
| Synchrony Bank/Walmart | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Synchrony Bank/Walmart | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TD BANK USA NA LLC | Unsecured | 769.00 | 810.10 | 810.10 | 190.29 | 0.00 |
| UNSECURED BASE HOLD | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| US Department of Education | Unsecured | 1,521.00 | 6,684.59 | 6,684.59 | 1,570.21 | 0.00 |
| Weltman, Weinberg & Reis Co., L.P.A | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WRIGHT PATT CREDIT UNION INC | Secured | 14,719.00 | 14,417.43 | 0.00 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$54,426.46** | **$12,784.77** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,380.88 |
| Disbursements to Creditors | $12,784.77 |
| **TOTAL DISBURSEMENTS:** | **$16,165.65** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 06/13/2022　　　　　　　　　　By: /s/ John G. Jansing
　　　　　　　　　　　　　　　　　　　　　　　　Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**